In the Matter of the Claim of WILLIAM REGAN, Respondent, v. INTER-CITY CLEANING COMPANY et al., Appellants, and REEVES INSTRUMENT CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.